UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:12-00142 |
| ) | Senior Judge Nixon |
| JAMAL BEKHTYAR ) | |

## ORDER

This matter comes before the Court on the Petition for Warrant for Offender on Supervision filed June 2, 2015 (D.E. 40). Based on the agreement of the parties, the revocation hearing in this matter shall be continued for forty-five (45) days to _August 26_, 2015, _at 1:00 p.m._ During that time the defendant shall participate in in-patient treatment at Cumberland Heights. The Court finds that the availability of such substance abuse treatment program warrants an exception from 18 U.S.C § 3583(g). An employee of the Office of the Federal Public Defender shall pick up the defendant at the Marshal's lockup and deliver him to the Cumberland Heights facility.

Defendant is released on the same conditions of supervised release previously imposed in this matter pending the revocation hearing.

It is so ORDERED.

Enter this the _23rd_ day of _June_, 2015.

_____
JOHN T. NIXON
SENIOR UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:


*s/ Sumter L. Camp*
Sumter L. Camp
Assistant Federal Public Defender